THE JEWETT LAW GROUP, INC.
BRADLEY E. JEWETT (BAR NO. 222773)
937 N. Crescent Heights Boulevard
Los Angeles, California 90046
Phone:  (323) 300-6413
Fax:  (323) 638-5883
E-mail:  Brad@JewettLawGroup.com

Attorneys for Plaintiff
EDEN SURGICAL CENTER,
a California medical corporation

DORSEY & WHITNEY LLP
GABRIELLE M. WIRTH (BAR NO. 106492)
38 Technology Drive, Suite 100
Irvine, CA 92618-5310
Phone: (949) 932-3600
Fax: (949) 932-3601
E-mail: wirth.gabrielle@dorsey.com

Attorney for Defendant,
NEW BREED, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW BREED, INC. HEALTH PLAN ADMINISTRATOR<br><br>Defendant. | Case No. CV09-04031-JFW (JWJx)<br><br>**ORDER RE:  STIPULATION TO DISMISS ACTION <u>WITHOUT PREJUDICE</u>** |

[1]

PROPOSED ORDER RE:  DISMISSAL
OF ACTION WITHOUT PREJUDICE

THE JEWETT LAW GROUP, INC.

00384

WHEREAS, plaintiff Eden Surgical Center ("Eden") and defendant New Breed, Inc. Health Plan Administrator agreed by Stipulation on August 11, 2009, that Eden shall dismiss the present action in its entirety, without prejudice, and that the parties are responsible for their own attorneys' fees and costs relating to this action, and good cause appearing,

**IT IS HEREBY ORDERED** that the present action, entitled *Eden Surgical Center v. New Breed, Inc. Health Plan Administrator*, CACD Case No. CV09-04031-JFW (JWJx), is hereby dismissed without prejudice, subject to the terms of the parties' August 11, 2009 Stipulation.

**IT IS SO ORDERED**.

Date: August 12, 2009

_____
California Central District Court Judge